UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kirell Francis Bettis, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09 0285 |
| | ) | |
| Henry Paulson, Secretary of the Treasury *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

This matter comes before the Court on consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis* and dismiss the complaint.

Plaintiff, Kirell Francis Bettis, is a prisoner incarcerated in California's Kern Valley State Prison. With the exception of the U.S. Secretary of the Treasury,[1] the defendants are California agencies, cities, or state or local employees involved in the criminal justice system. The complaint alleges that the plaintiff is a foreign sovereign whose attempt to invoke the Foreign Sovereign Immunities Act in defense of his state court criminal prosecution was wrongfully thwarted. The complaint does not provide any indication of how the United States Secretary of the Treasury is connected to this case.

---

[1] It is unclear whether the plaintiff intended to name the United States as a defendant, or to merely indicate that the United States is the place where the other defendants reside. If the United States is intended as a defendant, the complaint does not disclose any connection between the United States and the factual allegations.

This complaint presents precisely the sort of incoherent, "fantastic or delusional scenarios" that warrant dismissal. *Neitzke v. Williams*, 490 U.S. 319, 328 (1989). Accordingly, this complaint will be dismissed under 28 U.S.C. § 1915(e)(2)(B)(*i*) (requiring dismissal of frivolous complaints).

An appropriate order accompanies this memorandum opinion.

Date: 2/4/09

_____
United States District Judge